IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN DOE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL NO. 3:23-cv-199–HEH |
| SEAMLESS SEARCH, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**FINAL ORDER**
(Adopting Report and Recommendation of the Magistrate Judge)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) (ECF No. 39) entered on January 9, 2024. The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 39) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion to Enforce Settlement Agreement (ECF No. 30) is GRANTED IN PART and DENIED IN PART.

The Clerk is directed to send a copy of this Final Order to all counsel of record and to Seamless Search, Inc. at the address listed on the Summons which was served on it (ECF No. 6).

The case is CLOSED.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: January 26, 2024
Richmond, Virginia